# EXHIBIT A



**ACC**
ABSOLUTE
COLLECTIONS CORP.

February 7, 2018

AGE KOLA
11 Blauvelt Rd
Nanuet NY 10954-3407

| | |
|---|---|
| Current Creditor: | WebBank |
| ACC Acct #: | ▆▆▆▆▆▆▆▆ |
| Original Creditor: | Absolute Resolutions Investments Llc |
| Original Acct #: | XXXX-XXXX-XXXX-▆▆▆▆ |
| Amount Due: | $24,181.53 |

Dear AGE KOLA,

Have you thought about what to do with your income tax return this year? Consider the following options to resolve your outstanding debt:

1. The Current Creditor will accept $10,881.69 if payment is received before 3/15/2018. Upon timely receipt of your payment, this account will be resolved in full and closed.

OR

2. The Current Creditor will accept $13,299.84 in three (3) or less payments starting on or before 3/15/2018. The payments can be no more than 31 days apart. Upon timely receipt of your final payment, this account will be resolved in full and closed.

This account has been placed by the Current Creditor with Absolute Collections Corporation for collection and as of the date of this letter, you owe $24,181.53.

Mail your payment to: **8000 Norman Center Dr STE 860, Bloomington MN 55437-1174** or contact us at 1-877-771-3323 to speak to an account representative about your best option and be closer to resolving this account.

Thank you for your time and attention regarding the resolution of this matter. These offers will expire on March 15, 2018. Calls to or from this company may be monitored or recorded.

Please be sure to write your ACC account number on your payment to ensure proper application on your account. If you are unable to send a full payment at this time, please contact this office so that we may discuss alternate payment arrangements at 1-877-771-3323 toll free. We look forward to your response.

Sincerely,
J. McFarlane
**Absolute Collections Corp.**

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Office Hours:
Physical Address: 1455 Frazee Road, Suite 560, San Diego, CA 92108
Office Hours: Monday through Friday 8:00 am to 5:00 pm Pacific Standard Time
Toll Free: 1-877-771-3323 Fax: 1-619- 295-3650

---

*** Detach Lower Portion And Return With Payment ***     892-SFAARC10-53-02/15/18

Y1FD4C9B92

PO Box 505
Linden MI 48451-0505
RETURN SERVICE REQUESTED

| IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. |
|---|
| MasterCard    VISA |

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME | | CVV |
| SIGNATURE | | AMOUNT TO PAID |
| STATEMENT DATE 02/07/2018 | ACCOUNT # ▆▆▆▆▆▆▆▆ | PAY THIS AMOUNT |

0026020024006271223710954340711-1R1—Y1FD4C9B92 892
53 - 892
AGE KOLA
11 Blauvelt Rd
Nanuet NY 10954-3407



**Remit Payment To:**
Absolute Collections Corp.
8000 Norman Center Dr STE 860
Bloomington MN 55437-1174

