```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AGE KOLA, individually and on behalf of all      :
others similarly situated,                       :
               Plaintiff,        :     **ORDER OF DISMISSAL**
                                                 :
v.                                               :     18 CV 6599 (VB)
                                                 :
ABSOLUTE COLLECTIONS                             :
CORPORATION, ABSOLUTE                            :
RESOLUTIONS INVESTMENTS, LLC, and                :
JOHN DOES 1-25                                   :
               Defendants.      :
--------------------------------------------------------------x

      The Court has been advised that the parties have reached a settlement in this case. (Doc. #16). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 12, 2018. To be clear, any application to restore the action must be filed by November 12, 2018, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: September 13, 2018
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge